1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JAMAR ANTOINE FOSTER,

11              Petitioner,                    No. 2:09-cv-3238 KJN P

12         vs.

13    F.E. FIGUEROA, Warden,

14              Respondent.                    ORDER

15    _____/

16              Petitioner is a prisoner proceeding without counsel with a petition for writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.  On August 23, 2010, petitioner filed a motion for

18    certificate of appealability.  The petition for writ of habeas corpus is pending.  It appears

19    petitioner seeks leave of court to file an appeal from the January 14, 2010 order denying

20    petitioner's motion to stay this action.  Rule 4 of the Federal Rules of Appellate Procedure

21    requires that notices of appeal be filed within thirty days after the order appealed from is entered.

22    Id.  Here, over seven months have elapsed since the January 14, 2010 order was entered.  Thus,

23    ////

24    ////

25    ////

26    ////

1   petitioner's motion is untimely and will be denied.  IT IS HEREBY ORDERED that petitioner's

2   August 23, 2010 motion (dkt. no. 18) is denied.

3   DATED:  August 30, 2010

4

5

6

7                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE
8   fost3238.den

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26